UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Anthony R. Mautone

v. : Violation Notice: H5009476

MYKOLA INVANENKO : <u>ORDER FOR DISMISSAL</u>

     Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No.H5009476 against defendant Mykola Invanenko, which was filed on December 27, 2013 charging him with:

     Possession of Drug Paraphernalia

for the reason that prosecution of defendant Mykola Invanenko, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Mykola Ivanenko, of the Pretrial Diversion Program.  If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 1/29/15